NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**DEERE & COMPANY,**
*Plaintiff-Appellant*

v.

**DUROC LLC, FKA BUSH HOG, LLC, ALAMO GROUP, INC., BUSH HOG, INC., GREAT PLAINS MANUFACTURING INCORPORATED,**
*Defendants-Appellees*

_____

2014-1403

_____

Appeal from the United States District Court for the Southern District of Iowa in No. 3:09-cv-00095-CRW-TJS, Senior Judge Charles R. Wolle.

_____

**JUDGMENT**

_____

RODERICK R. MCKELVIE, Covington & Burling LLP, Washington, DC, argued for plaintiff-appellant. Also represented by Robert Jason Fowler, Jay I. Alexander, Stephen Pierce Anthony.

SCOTT W. HEJNY, McKool Smith, P.C., Dallas, TX, argued for defendants-appellees Alamo Group, Inc., and

Bush Hog, Inc. Also represented by PHILLIP AURENTZ; JOEL LANCE THOLLANDER, Austin, TX.

CRAIG C. MARTIN, Jenner & Block LLP, Chicago, IL, argued for defendant-appellee Duroc LLC. Also represented by DAVID JIMENEZ-EKMAN, SARA TONNIES HORTON, MICHAEL ANTHONY SCODRO, STEVEN R. TRYBUS.

SCOTT R. BROWN, Hovey Williams LLP, Overland Park, KS, argued for defendant-appellee Great Plains Manufacturing Incorporated. Also represented by MATTHEW B. WALTERS.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and REYNA, *Circuit Judges*).

## AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 26, 2016 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter Marksteiner |
|  | Clerk of Court |